# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,          )

                              )     **PRETRIAL STATUS CONFERENCE**

        Plaintiff,         )

                              )

vs.                      )

                              )     Case No. 1:24-cr-00214

Travis Lee Lindenberg,          )

                              )

        Defendant.       )

---

The undersigned shall hold a pretrial status conference with counsel by telephone on January 21, 2025, at 11:30 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 17th day of December, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court